STATE OF NEW JERSEY v. MITCHELL WILLIAMS.

December 6, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. JEROME COHEN.

December 6, 1982.

Petition for certification denied.

GLORIA EHRICH v. JOSEPHINE GIOGIO.

December 6, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT JULIAN.

December 6, 1982.

Petition for certification denied.